UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
JAN 2 6 2006
J. T. NOBLIN, CLERK
BY_____ DEPUTY

REGINA RAY                                                    PLAINTIFF

v.                                       CAUSE NO. 3:04CV558(B)(N)

LEVI STRAUSS & COMPANY                                        DEFENDANT

### ORDER

This Cause having come on to be heard on the Motion of the Defendant for an Order disqualifying Plaintiff's earlier counsel, Louis H. Watson, Jr. and the law firm of Louis H. Watson, Jr., P.A., and the court having noticed that Mr. Watson and his firm have withdrawn from this case, finds that due to the nature of the conflict asserted by the Defendant this further Order regarding potentially privileged materials needs to be entered.

IT IS, THEREFORE, ORDERED and ADJUDGED that Plaintiff's attorneys who have recently entered an appearance in this action for the Plaintiff, Dennis L. Horn and Shirley Payne and Horn & Payne, PLLC, review the files obtained from Louis H. Watson, Jr., generated as a result of his earlier representation of the Plaintiff of this matter, and if any document appears to contain information that would have come from Kristy Bennett as a result of her earlier representation of Levi Strauss in this matter, before she joined the law firm of Louis H. Watson, Jr., P.A., the reviewing counsel shall immediately, without keeping copies of the document, forward the document to counsel for the Defendant. If there is a legitimate question as to whether such document is

privileged, counsel of the Plaintiff shall seal the document, retain no copy and mail the original to Hon. John M. Roper, United States Magistrate Judge, for a determination of whether or not the document should be returned to the Counsel for the Plaintiff for use or forwarded, as privileged, to Counsel for the Defendant.

ORDERED this 25th day of January, 2006.

                                              UNITED STATES ~~MAGISTRATE~~ District JUDGE

APPROVED:

_____
ATTORNEY FOR PLAINTIFF
DENNIS L. HORN
MSB# 2645

_____
ATTORNEY FOR DEFENDANT
P. SHARKEY BURKE, JR.
MSB#