UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



REGINA RAY                                                              PLAINTIFF

VERSUS                                           CIVIL ACTION NO. 3:04CV558BN

LEVI STRAUSS & CO.                                                     DEFENDANT

### ORDER PROHIBITING COMMUNICATION

This Cause having come on for Hearing on the Motion of the Defendant prohibiting the Plaintiff and her new counsel, Horn & Payne, PLLC, from communicating in any way whatsoever with Louis Watson or any employee or associate of his firm regarding this matter, and the Court having considered same finds that the Motion is well taken and should therefore be granted.

IT IS, THEREFORE, ORDERED and ADJUDGED that the Plaintiff and her counsel are prohibited from communicating in any way whatsoever with Louis H. Watson, Jr., P.A., or any employee or associate of Mr. Watson's firm regarding this matter.

ORDERED this 25th day of January, 2006.

_____
UNITED STATES DISTRICT COURT JUDGE

ANDERSON, CRAWLEY & BURKE, PLLC
P. SHARKEY BURKE, JR., MS BAR NO. 10436
ATTORNEYS AT LAW
805 SOUTH WHEATLEY, SUITE 400
JACKSON, MS 39157
TELEPHONE: (601) 977-8977
FACSIMILE: (601) 977-9975
E-MAIL: psb@acblaw.com

Dennis L. Horn
attorney for Plaintiff