### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

REGINA RAY                                                    PLAINTIFF

VS.                                    CIVIL ACTION NO. 3:04-CV-558BS

LEVI STRAUSS & CO.                                           DEFENDANT

### <u>FINAL JUDGMENT</u>

In accordance with Rule 58 of the Federal Rules of Civil Procedure and the Opinion and Order entered in this case on this day, this action is hereby dismissed, with prejudice.

SO ORDERED this the 18TH day of April, 2006.


                                        s/ William H. Barbour, Jr.
                                        UNITED STATES DISTRICT JUDGE

blj